United States District Court
Southern District of Texas
**ENTERED**
June 16, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Kirk Mackey, | § |
| Plaintiff, | § § § |
| v. | §  CIVIL ACTION NO. H-23-146 |
| ACG 1417, L.P., | § § § |
| Defendant. | § § |

## ORDER

On June 15, 2023, the Plaintiff, Kirk Mackey, filed a Notice of Settlement (docket no. 14) announcing that a settlement has been reached in this action with Defendant, ACG 1417, L.P. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement within **thirty (30) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 16th day of June, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE