United States District Court
Southern District of Texas
**ENTERED**
July 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:23-CV-00146 |
| ACG 1417, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed July 26, 2023, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, ACG 1417, L.P., be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on  July 26, 2023 .

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

cc: Counsel of Record